Dismissed and Memorandum Opinion filed February 15, 2007








Dismissed
and Memorandum Opinion filed February 15, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01144-CV

____________

 

RENE R. RODRIGUEZ d/b/a PIECE BY
PIECE OF HOUSTON, Appellant

 

V.

 

J. P. MORGAN CHASE BANK, N.A.,
Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 873459

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 21, 2006.  On February 7, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.